

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

```
In re:                          *

ROBERT C. HOPPA                 *    CASE NO.: 08-2-6943-DK
                                     (Chapter 7)
        Debtor                  *
*    *    *    *    *    *      *
FORD MOTOR CREDIT COMPANY LLC   *

        Movant                  *

    v.                          *

ROBERT C. HOPPA                 *

        Respondent              *
*    *    *    *    *    *      *    *    *    *    *    *
```

**CONSENT ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief From Automatic Stay And To Reclaim Property And/Or To Negotiate Insurance Proceeds filed by Ford Motor Credit Company LLC the Movant, with regard to the vehicle subject to its purchase money security interest, namely, one 2006 Ford Expedition truck, serial number 1FMFU205X6LA98964; and Movant and the Respondent,

Robert C. Hoppa, having agreed to the terms of this Consent Order; it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic Stay be, and it hereby is, terminated to allow Movant to exercise and enforce its state law and contractual rights and remedies with regard to the above-described vehicle and any insurance proceeds thereof; and it is further

ORDERED, that Movant shall dispose of said vehicle in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent.

AND IT IS FURTHER ORDERED, that the Respondent having waived the application of F.R.Bankr.P. 4001(a)(3), this Order shall be enforceable on the date of its entry.

The undersigned hereby agree to the terms of the foregoing Consent Order Terminating Automatic Stay.

| | |
|---|---|
| /s/ Jeffrey M. Sirody | /s/ Michael J. Klima, Jr. |
| JEFFREY M. SIRODY | MICHAEL J. KLIMA, JR. #25562 |
| 1777 Reisterstown Road | Suite 200, The Carroll Building |
| Suite 360 E | 8600 LaSalle Road |
| Baltimore, MD 21208 | Towson, MD 21286-2025 |
| (410) 415-0445 | (410) 837-1140 |
| Attorney for Debtor/ | Attorney for Movant |
| Respondent | Attorney File No.: 10-2789 |

      I HEREBY CERTIFY, that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order; and the signatures represented by the  /s/  on this copy reference the signatures of consenting parties on the original Consent Order.

                                      /s/ Michael J. Klima, Jr.
                                      Michael J. Klima, Jr.

cc:  Michael J. Klima, Jr., Esquire
     Suite 200, The Carroll Building
     8600 LaSalle Road
     Towson, MD 21286-2025

     Robert C. Hoppa
     20 White Crane Drive
     Berlin, MD 21811

     Jeffrey M. Sirody, Esquire
     Sirody, Frieman & Feldman
     1777 Reisterstown Road
     Suite 360 E
     Baltimore, MD 21208

     Sean C. Logan, Esquire
     Chapter 7 Trustee
     2530 Riva Road
     Suite 400
     Annapolis, MD 21401

**End of Order**